1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11   ERIC MICHAEL BOLES,              )       Case No. EDCV 10-943-SJO  (OP)
                                       )
12                                     )       J U D G M E N T
                       Petitioner,     )
13                                     )
              v.                       )
14                                     )
     VINCE CULLEN, Warden,             )
15                                     )
                       Respondent.     )
16   _____)
17          Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
18   of the United States Magistrate Judge,
19          IT IS ADJUDGED that the Petition is denied and this action is dismissed with
20   prejudice.
21
22   DATED:  _____              _____
              2/15/11                   HONORABLE S. JAMES OTERO
23                                      United States District Judge
24
     Prepared by:
25
26
27   _____
     HONORABLE OSWALD PARADA
28   United States Magistrate Judge